UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


KEVIN CARTER, individually
and on behalf of the minor
children of CASEY S. CARTER,

    Plaintiff,

v.                                          Cv. No.: 14-1023-JTF

MEMPHIS OBSTETRICS &
GYNECOLOGICAL ASSOCIATION, PC
and LEA BANNISTER, M.D.

    Defendants.


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is ordered dismissed with prejudice in accordance with the Final Order of Dismissal entered by the Court on August 29, 2014.


**APPROVED:**


*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.            THOMAS M.GOULD
UNITED STATES DISTRICT JUDGE   CLERK


September 4, 2014               s/Lorri Fentress
DATE                                 (By) LAW CLERK